**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**William Richard MINOR,
Defendant-Appellant.**

**No. 83–5152.**

United States Court of Appeals,
Ninth Circuit.

Feb. 18, 1986.

Charles C. Lee, Asst. U.S. Atty., Los Angeles, Cal., for plaintiff-appellee.

T.J. Pantaleo, Eric S. Engel, Pantaleo & Kudon, Los Angeles, Cal., for defendant-appellant.

Before BROWNING, Chief Judge, KENNEDY and ALARCON, Circuit Judges.

#### ORDER

Minor was convicted of violations of 17 U.S.C. § 506(a), 18 U.S.C. § 2314, and 18 U.S.C. § 371. We affirmed, *United States v. Minor,* 756 F.2d 731 (9th Cir.1985) (per curiam), but stayed the mandate pending disposition by the Supreme Court of *Dowling v. United States,* 84–589, involving Minor's co-defendant, Paul Dowling. The Court reversed Dowling's conviction under 18 U.S.C. § 2314, holding the statute does not apply to the interstate transportation of "bootleg" phonorecords manufactured

and distributed without the consent of the copyright owners. *Dowling v. United States,* — U.S. —, 105 S.Ct. 3127, 87 L.Ed.2d 152 (1985). The Court then granted certiorari in this case, vacated our judgment, and remanded for reconsideration in light of *Dowling,* — U.S. —, 106 S.Ct. 401, 88 L.Ed.2d 353 (1985). On the basis of *Dowling,* we reverse Minor's conviction for violation of § 2314 (counts 8 and 9). We affirm his conviction on the remaining counts for the reasons stated in our original opinion.